# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**BALTAZAR BENJAMIN VERDUZCO**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **1:10CR00210-004**

John Frederick Garland
_____
Defendant's Attorney

**THE DEFENDANT:** admitted guilt to violation of charges 1 and 2 as alleged in the violation petition filed on 12/16/2014 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge 1 | Unlawful Use of a Controlled Substance | on or about 12/23/2013, 6/25/2014, 8/12/2014, 8/21/2014, 7/24/2014, and 10/28/2014 |
| Charge 2 | Excessive Use of Alcohol | weekend of 10/26/2014 |

The court continues under same conditions of supervision heretofore ordered on 10/17/2011, with all previously ordered conditions in effect and with the addition of the 2 following conditions:

7. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

8. The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, for a period of up to 180 days, and up to 10 additional days for substance abuse detoxification services if deemed necessary.

The defendant is sentenced as provided on this page of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

3/2/2015
_____
Date of Imposition of Sentence

/s/ ANTHONY W. ISHII
_____
Signature of Judicial Officer

**ANTHONY W. ISHII**, United States District Judge
_____
Name & Title of Judicial Officer

3/3/2015
_____
Date